ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Jessica.Spooner@doj.state.or.us

Of Attorneys for Defendants Bugher, Persson, Peters, Sage, State of Oregon, and Department of Corrections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONNIE WILSON, | Case No. 3:20-CV-02078-SI |
| Plaintiff, | STIPULATION TO ORDER OF DISMISSAL OF DEFENDANTS BUGHER, PERSSON, PETERS, AND SAGE ONLY |
| v. | |
| STATE OF OREGON, acting by and through, DEPARTMENT OF CORRECTIONS, a state agency, COLETTE PETERS, an individual, ERIKA SAGE, an individual, JOE BUGHER, an individual, ROB PERSSON, an individual, JANE DOE, an individual, and TONY KLEIN, an individual, | |
| Defendants. | |

The parties, by and through their undersigned counsel, hereby stipulate to an Order dismissing all claims with prejudice and without costs against Defendants Colette Peters, Ericka Sage, Joe Bugher, and Rob Persson only.

Page 1 -   STIPULATION TO ORDER OF DISMISSAL OF DEFENDANTS BUGHER, PERSSON, PETERS, AND SAGE ONLY
             JS/rrc/334381334

This stipulation does not affect the remaining defendants.

**IT IS SO STIPULATED:**

_____    DATED this  8th  day of March, 2022.
**MELISSA HOPKINS**, OSB #192226
Of Attorneys for Plaintiff


*s/ Jessica Spooner*
_____    DATED this  14th  day of March, 2022.
**JESSICA SPOONER**, OSB #105919
Of Attorneys for Defendants Bugher, Persson,
Peters, Sage, and the State of Oregon Department
of Corrections


*s/ Andrew Campbell*
_____    DATED this  13th  day of March, 2022.
**ANDREW CAMPBELL**, OSB #022647
Of Attorneys for Defendant Klein


Page 2 -   STIPULATION TO ORDER OF DISMISSAL OF DEFENDANTS BUGHER, PERSSON,
           PETERS, AND SAGE ONLY
           JS/rrc/334381334