ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jessica.Spooner@doj.state.or.us

Of Attorneys for Defendants Bugher, Persson, Peters, Sage, State of Oregon, and Department of Corrections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONNIE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, acting by and through, DEPARTMENT OF CORRECTIONS, a state agency, COLETTE PETERS, an individual, ERIKA SAGE, an individual, JOE BUGHER, an individual, ROB PERSSON, an individual, JANE DOE, an individual, and TONY KLEIN, an individual,<br><br>Defendants. | Case No.  3:20-CV-02078-SI<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |

      Based upon the stipulation of the parties, as evidenced by the Settlement Agreement and Release of Claims attached to the Notice of Settlement filed with the Court, Electronic Court Docket ("ECD") No. 49, the prior stipulation to dismiss Defendants Bugher, Persson, Peters, and Sage filed with the Court, ECD No. 47, and as evidenced by the stipulated signatures below, this case has been fully compromised between Plaintiff and all Defendants, Plaintiff has agreed to dismiss her lawsuit with prejudice, the parties agreeing to waive statutory costs and prevailing

Page 1 -    STIPULATED GENERAL JUDGMENT OF DISMISSAL
      JS/rrc/334365252

party fees, and the parties have stipulated that a General Judgment of Dismissal with Prejudice may be entered as to all remaining parties and all claims.

**IT IS SO STIPULATED:**

_____     DATED this __7__ day of April, 2022.
**MELISSA HOPKINS**, OSB #192226
Of Attorneys for Plaintiff


 _s/ Andrew Campbell_____     DATED this __12th__ day of April, 2022.
**ANDREW CAMBELL**, OSB #022647
Attorney for Defendant Klein


 _s/ Jessica Spooner_____     DATED this __12th__ day of April, 2022.
**JESSICA SPOONER**, OSB #105919
Attorney for Defendants Bugher, Persson,
Peters, Sage, and State of Oregon Department of Corrections


NOW, THEREFORE, IT IS HEREBY ADJUDGED that the above-entitled case be dismissed with prejudice as to all parties and all claims, and no further costs awarded to any party.


DATED: _____


_____
HONORABLE MICHAEL H. SIMON
U. S. District Court Judge


Submitted by:   Jessica Spooner
                Attorney for Defendants Bugher, Persson, Peters,
                Sage, and the State of Oregon Department of Corrections


Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL
           JS/rrc/334365252